UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   2:22-cv-02698-MEMF-AFM                                   Date:   July 25, 2022

Title      Tina Marie Mastramico v. Kilolo Kijakazi

---

Present: The Honorable:     ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):  Order to Show Cause**

    Absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a defendant within 90 days after the complaint is filed. FED. R. CIV. P. 4(m).  Generally, defendants must answer the complaint within 21 days after service (60 days if the defendant is the United States).  FED. R. CIV. P. 12(a)(1).  The Court notes that a deficiency notice was issued regarding an error on the form of summons and that plaintiff failed to submit a corrected summons. (See ECF No. 6.)

    In the present case, it appears that one or more of these time periods has not been met. Accordingly, the Court, on its own motion, orders plaintiff(s) to show cause *in writing* on or before **August 4, 2022**, why this action should not be dismissed as to the applicable defendant(s) for lack of prosecution.  The Order to Show Cause will stand submitted on that date.

    IT IS SO ORDERED.

|  | : |
|---|---|
| **Initials of Preparer** | ib |